18 MISC 203

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------x

IN RE: Additional Attendance Fees
for Grand and Petit Jurors

M10 - 468
STANDING
ORDER

------------------------------------------------x

Attendance fees for persons attending grand and petit jury service are governed by 28 U.S.C. § 1871.

Title 28 U.S.C. § 1871(b)(2) provides:

> A petit juror required to attend more than ten days in hearing one case may be paid, in the discretion of the trial judge, an additional fee, not exceeding $10 more than the attendance fee, for each day in excess of ten days on which he is required to hear such case.

In addition, 28 U.S.C. § 1871(b)(3) provides:

> A grand juror required to attend more than forty-five days of actual service may be paid, in the discretion of the district judge in charge of the particular grand jury, an additional fee, not exceeding $10 more than the attendance fee, for each day in excess of forty-five days of actual service.

NOW THEREFORE IT IS ORDERED that the additional $10 juror attendance fee will be automatically paid to petit jurors when they exceed the statutory minimum number of days of attendance, unless the trial judge orders otherwise, and

IT IS ORDERED that the additional $10 juror attendance fee will be automatically paid to grand jurors when they exceed the statutory minimum number of days of attendance, unless the district judge in charge of the particular grand jury orders otherwise.

Dated: 14 May 2018
New York, NY

SO ORDERED:

_____
Colleen McMahon
Chief United States District Judge